IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MARCUS MCMULLEN, and<br>EMERY MAE MCMULLEN, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Civil Action No. CV417-067 |
| CITY OF PORT WENTWORTH<br>GEORGIA, OFFICER CHASSITY D.<br>PELLEGRINO, SERGEANT BRIAN<br>PHINNEY, and CHIEF OF POLICE<br>MATT LIBBY, | )<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

**DISCLOSURE STATEMENT**
**S.D. Ga. LR 7.1.1**

The undersigned, counsel of record for the City of Port Wentworth, Georgia, and Chief of Police Matt Libby, certifies that the following is a full and complete list of the parties in this action:

1) Marcus McMullen                        Plaintiff

2) Emery Mae McMullen                     Plaintiff

3) The City of Port Wentworth, Georgia    Defendant

4) Officer Chassity D. Pellegrino         Defendant

5) Sergeant Brian Phinney                 Defendant

6) Chief of Police Matt Libby             Defendant

The undersigned further certifies that there are no officers, directors, or trustees of the above-identified parties.

The undersigned further certifies that the following is a full and complete list of other

1

persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

1) Georgia Interlocal Risk Management Agency (GIRMA)

This 28th day of April, 2017.

                                              OLIVER MANER LLP

                                              /s/ **Patrick T. O'Connor**
                                              PATRICK T. O'CONNOR
                                              Georgia Bar No. 548425

P.O. Box 10186
Savannah, GA 31412
(912) 236-3311
pto@olivermaner.com                    *Attorney for the City, Sergeant Phinney,*
                                              *and Chief Libby*

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of Defendants the City and Chief Libby's **DISCLOSURE STATEMENT (S.D. Ga. LR 7.1.1)** upon all counsel of record by filing the same with the U.S. District Court CM/ECF system which will send an electronic notice to the following:

| | |
|---|---|
| Mark A. Tate | Richard K. Strickland |
| James E. Shipley, Jr. | Brown, Readdick, Bumgartner, Carter, |
| Tate Law Group, LLC | Strickland & Watkins, LLP |
| 2 E. Bryan Street, Suite 600 | P.O. Box 220 |
| Savannah, GA 31401 | 5 Glynn Avenue |
| | Brunswick, GA 31521-0220 |

This 28th day of April, 2017.

OLIVER MANER LLP

/s/ **Patrick T. O'Connor**
PATRICK T. O'CONNOR
Georgia Bar No. 548425

P.O. Box 10186
Savannah, GA 31412
(912) 236-3311
pto@olivermaner.com           *Attorney for the City, Sergeant Phinney, and Chief Libby*